**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Stacie E. LEIPOLD, Defendant-Appellant.**

No. 15-15683
Non-Argument Calendar

United States Court of Appeals,
Eleventh Circuit.

Date Filed: 12/15/2016

Michelle Lee Schieber, Danial Edward Bennett, U.S. Attorney's Office, Macon, GA, Melvin E. Hyde, Jr., Michael J. Moore, U.S. Attorney, U.S. Attorney's Office, Columbus, GA, for Plaintiff-Appellee

Tim Saviello, Federal Public Defender's Office, Columbus, GA, Christina Lee Hunt, Federal Public Defender's Office, Macon, GA, Stacie E. Leipold, FCI Tallahassee—Inmate Legal Mail, Tallahassee, FL, for Defendant-Appellant

Before ROSENBAUM, JULIE CARNES and JILL PRYOR, Circuit Judges.

PER CURIAM:

Jonathan Dodson, appointed counsel for Stacie E. Leipold in this direct criminal appeal, has filed a motion to withdraw from further representation of the appellant and filed a brief prepared pursuant to

---

*Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Leipold's conviction and sentence are **AFFIRMED**.